# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135411

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DANNY WILLIAM GOULD,
   Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135411
COA: 280804
Livingston CC: 06-015655-FH

On order of the Court, the application for leave to appeal the November 2, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the trial court erred in scoring both offense variables 9 and 12 in connection with the defendant's conviction for resisting and obstructing a police officer. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk